UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-61622-LEIBOWITZ/HUNT

**VIVIAN LINDLEY,**
*individually and on behalf of all others similarly situated,*

    *Plaintiff,*

v.

**JERICO PICTURES, INC.**
**d/b/a NATIONAL PUBLIC DATA,**

    *Defendant.*

_____/

## ORDER

    **THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice [ECF No. 10] (the "Notice"), filed on October 4, 2024.  In the Notice, Plaintiff dismisses all claims of Plaintiff individually in this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

    Accordingly, it is hereby **ORDERED AND ADJUDGED** that the instant action is **DISMISSED** *without prejudice.  The Clerk of Court* is directed to **CLOSE** this case.  All pending deadlines are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

    **DONE AND ORDERED** in the Southern District of Florida on October 4, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record